# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**CHARON PORTER ANDERSON**                                                **PLAINTIFF**

v.                                          **CIVIL ACTION NO. 3:13-CV-757-JHM**

**LEE TALLEY et al.**                                                              **DEFENDANTS**

## **MEMORANDUM OPINION**

Upon filing the instant action, Petitioner assumed the responsibility of keeping this Court advised of his current address and to actively litigate his claims. *See* LR 5.2(d) ("All pro se litigants must provide written notice of a change of address to the Clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions.").

The Court sent an Order to Petitioner on November 19, 2015. That mailing was returned to the Court by the U.S. Postal Service marked "Return to Sender; Attempted Not Known, Unable to Forward." However, the Postal Service included a notice of a new address. Consequently, the Court re-sent the mailing to the new address. It again was returned by the Postal Service marked "Return to Sender; Attempted Not Known, Unable to Forward." Plaintiff has not advised the Court of her new address, and neither notices from this Court nor filings by Defendants in this action can be served on Plaintiff. In such situations, courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash*

*R.R. Co.*, 370 U.S. 626, 630 (1962).  Because it appears to this Court that Plaintiff has abandoned any interest in prosecution of this case, the Court will dismiss the case by separate Order.

Date: February 4, 2016

                                                Joseph H. McKinley, Jr., Chief Judge
                                                United States District Court

cc: Plaintiff, *pro se*
     Counsel of record
4414.009